JS 44
(Rev. 7/95)

# CIVIL COVER SHEET

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

## I. (a) PLAINTIFFS
UNITED STATES OF AMERICA
USAO NO. 2012A60989

**DEFENDANTS**
Joe Morrow, DO

(b) COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF _____
(EXCEPT IN U.S. PLAINTIFF CASES)

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT: Williamson
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

(c) ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)
U.S. Attorney's Office
601 N.W. Loop 410, Suite 600
San Antonio, Texas 78216 (210)384-7262

ATTORNEYS (IF KNOWN)
A12MC0694UA

## II. BASIS OF JURISDICTION (PLACE "X" IN ONE BOX ONLY)

[X] 1 U.S. Government Plaintiff
[ ] 2 U.S. Government Defendant
[ ] 3 Federal Question (U.S. Government Not a Party)
[ ] 4 Diversity (Indicate Citizenship of Parties in item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (PLACE AN "X" IN ONE BOX FOR PLAINTIFF AND ONE BOX FOR DEFENDANT) (FOR DIVERSITY CASES ONLY)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | [ ] 1 | [ ] 1 | Incorporated or Principal Place | [ ] 4 | [ ] 4 |
| Citizen of Another State | [ ] 2 | [ ] 2 | Incorporated and Principal Place of Business in Another State | [ ] 5 | [ ] 5 |
| Citizen or Subject of a Foreign Cntry | [ ] 3 | [ ] 3 | Foreign Nation | [ ] 6 | [ ] 6 |

## IV. CAUSE OF ACTION
Section 707(h)(3) of the Public Health Service Act
42 U.S.C. § 292f(h)(3) - Student Loan Default - **Registration of Judgment**

## V. NATURE OF SUIT (PLACE AN "X" IN ONE BOX ONLY)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUES |
|---|---|---|---|---|---|
| [ ] 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | [ ] 610 Agriculture | [ ] 422 Appeal 28 USC 158 | [ ] 400 State Reapportionment |
| [ ] 120 Marine | [ ] 310 Airplane | [ ] 362 Personal Injury Med. Malpractice | [ ] 620 Other Food & Drug | | [ ] 410 Antitrust |
| [ ] 130 Miller Act | [ ] 315 Airplane Product Liability | [ ] 365 Personal Injury Product Liability | [ ] 625 Drug Related Seizure of Property 21 USC 881 | [ ] 423 Withdrawal 28 USC 157 | [ ] 430 Banks and Banking |
| [ ] 140 Negotiable Instrument | [ ] 320 Assault, Libel & Slander | [ ] 368 Asbestos Personal Injury Prod. Liab. | [ ] 630 Liquor Laws | | [ ] 450 Commerce/ICC Rates/etc |
| [ ] 150 Recovery of Overpayment & Enforcement of Judgment | [ ] 330 Federal Employers' Liability | **PERSONAL PROPERTY** | [ ] 640 R.R. & Truck | **PROPERTY RIGHTS** | [ ] 460 Deportation |
| [ ] 151 Medicare Act | [ ] 340 Marine | [ ] 370 Other Fraud | [ ] 650 Airline Regs. | | [ ] 470 Racketeer influenced Corrupt Organizations |
| [X] 152 Recovery of Defaulted Student Loans (Excl. Veterans) | [ ] 345 Marine Product Liability | [ ] 371 Truth in Lending | [ ] 660 Occupational Safety/Health | [ ] 820 Copyrights | |
| [ ] 153 Recovery of Overpayment of Veteran's Benefits | [ ] 350 Motor Vehicle | [ ] 380 Other Personal Property Damage | [ ] 690 Other | [ ] 830 Patent | [ ] 810 Selective Service |
| [ ] 160 Stockholders' Suits | [ ] 355 Motor Vehicle Product Liability | [ ] 385 Property Damage Product Liability | | [ ] 840 Trademark | [ ] 850 Securities/Commodities/Exchange |
| [ ] 190 Other Contract | [ ] 360 Other Personal Injury | | | | |
| [ ] 195 Contract Product Liability | | | **LABOR** | **SOCIAL SECURITY** | [ ] 875 Customer Challenge 12 USC 3140 |
| | | | [ ] 710 Fair Labor Standards Act | [ ] 861 HIA (1395ff) | [ ] 891 Agricultural Acts |
| | | | | [ ] 862 Black Lung(923) | [ ] 892 Economic Stabilization Act |
| | | | [ ] 720 Labor/Mgmt. Relations | [ ] 863 DIWC/DIWW (405(g)) | |
| | | | | [ ] 864 SSID Title XVI | [ ] 893 Environmental Matters |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITION** | [ ] 730 Labor/Mgmt. Reporting & Disclosure Act | [ ] 865 RSI (405(g)) | [ ] 894 Energy Allocation Act |
| | | | | | [ ] 895 Freedom of Information Act |
| | | | [ ] 740 Railway Labor Act | | |
| [ ] 210 Land Condemnation | [ ] 441 Voting | [ ] 510 Motions to Vacate Sentence Habeas Corpus: | [ ] 790 Other Labor Litigation | **FEDERAL TAX SUITS** | [ ] 900 Appeal of Fee Determ. Under Equal Access to Justice |
| [ ] 220 Foreclosure | [ ] 442 Employment | | | | |
| [ ] 230 Rent Lease & Ejectment | [ ] 443 Housing/Accommodations | [ ] 530 General | [ ] 791 Empl. Ret. Inc. Security Act | | [ ] 950 Constitutionality of State Statutes |
| [ ] 240 Torts to Land | [ ] 444 Welfare | [ ] 535 Death Penalty | | | |
| [ ] 290 All Other Real Property | [ ] 440 Other Civil Rights | [ ] 540 Mandamus & Other | | [ ] 870 Taxes (U.S. Plaintiff or Defendant) | |
| | | [ ] 550 Other (including 1983 Actions) | | [ ] 871 IRS - Third Party 26 USC 7609 | [ ] 890 Other Statutory Actions |

## VI. ORIGIN
[ ] 1 Original Proceeding
[ ] 2 Removed from State Court
[ ] 3 Remanded from Appellate Court
[ ] 4 Reinstated or Reopened
[ ] 5 Transferred from another district (specify)
[ ] 6 Multi district Litigation
[ ] 7 Appeal to District Judge from Magistrate

## VII. REQUESTED IN COMPLAINT:
CHECK IF THIS IS A **CLASS ACTION**
[ ] UNDER F.R.C.P. 23
DEMAND $89,295.44
CHECK YES only if demanded in complaint:

## VII. RELATED CASE(S) IF ANY

DATE
July 23, 2012

SIGNATURE OF ATTORNEY OF RECORD
Kristy k. Callahan, Assistant U.S. Attorney



**U.S. Department of Justice**

United States Attorney
Western District of Texas

---

**Martha E. Fowler**
*FSA Paralegal*
*Financial Litigation Unit*

RECEIVED
JUL 3 0 2012
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY _____
   DEPUTY CLERK

*601 NW Loop 410 STE 600*
*San Antonio, Texas 78216*
*Telephone (210) 384-7262*
*FAX (210) 384-7247*

JUL 2 3 2012

U.S. Clerk's Office
Western District of Texas
U.S. Courthouse
200 W. 8th Street, Room 130
Austin, Texas 78701

A12MC0694 UA

Re:   *USA vs Joe Morrow, DO*

Dear Clerk:

Enclosed herewith please find the original and two copies of the following described document(s) for filing in the above-captioned matter:

  __X__   Complaint Package (Cover Sheet, Complaint, Summons)
  _____   Joint Motion For Entry Of Consent Judgment and Final Judgment By Consent
  _____   Default Pkg (Application, Affidavit, Clerk's Notice and Default Judgment)
  _____   Motion for Summary Judgment/Proposed Order
  _____   Registration of State Court Judgment w/Cover Sheet
  _____   Garnishment Package (Application, proposed Order, Writ, Clerk's Notice)
  _____   Certificate of Service of Documents (garnishment)
  _____   Response to Garnishee
  _____   Response to Motion to Discharge Garnishment
  _____   Dismissal on

  __X__   Please return the file marked copies in the enclosed envelope/(interoffice box).

Thank you for your usual courtesy and cooperation.

Sincerely,

*Martha*

Martha E. Fowler