# ABSTRACT OF JUDGMENT

**FILED**
AUG 0 9 2012
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
DEPUTY CLERK

NOTICE

Pursuant to Title 28, United States Code, Section 3201, this judgment, upon the filing of this abstract in the manner in which a notice of tax lien would be filed under paragraphs (1) and (2) of 26 U.S.C. §6323(f), creates a lien on all real property of the defendant(s) and has priority over all other liens or encumbrances which are perfected later in time. The lien created by this section is effective, unless satisfied, for a period of 20 years and may be renewed by filing a notice of renewal. If such notice of renewal is filed before the expiration of the 20 year period to prevent the expiration of the lien and the court approves the renewal, the lien shall relate back to the date the judgment is filed.

| Names and Addresses of Parties against whom judgments have been obtained | Names of Parties in whose favor judgments have been obtained |
|---|---|
| Joe Morrow, DO<br>Round Rock, TX<br>DOB: 1953<br>SS: ***-**-5081 | UNITED STATES OF AMERICA<br><br>COURT NUMBER  A-12-MC-0694<br><br>USAO#: 2012A60989 |

| Amount of Judgment | Names of Creditors' Attorneys and Return to: | Date Docketed |
|---|---|---|
| $89,295.44<br>Plus Interest and Costs | United States Attorney<br>Financial Litigation Unit<br>601 N.W. Loop 410, Suite 600<br>San Antonio, TX  78216<br>Attn:  Martha Fowler | July 30, 2012 |

**UNITED STATES OF AMERICA, CLERK'S OFFICE**
**U.S. DISTRICT COURT FOR THE WESTERN DISTRICT OF TEXAS.**

I CERTIFY, That the foregoing is a correct Abstract of the Judgment entered or registered by this Court.

_____ Austin _____, Texas
AUG 0 9 2012 , _____

William G. Putnicki, Clerk

By ___ L. Wallace ___, Deputy Clerk
Printed Name: ___ K. WALLACE ___